IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BENJAMIN O. MAYS,

    Plaintiff,

vs.                                  Case No. 09-3127-JTM

J. NORRIS, ET AL.,

    Defendants.

MEMORANDUM AND ORDER

This matter is before the court on the motion of pro se plaintiff Benjamin Mays for leave to appeal in forma pauperis. Pursuant to Fed.R.App.Pr. 24(a)(3), a party authorized to proceed in forma pauperis in a district court action, as Mays was authorized (Dkt. 4), is permitted to proceed in forma pauperis as to the appeal without further authorization, unless the district court finds "that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis." The court has reviewed the submissions of the plaintiff and finds no cause to conclude that the appeal is not advanced in good faith, or that the representations as to his financial status are inaccurate.

IT IS ACCORDINGLY ORDERED this 6th day of January, 2011, that the plaintiff's Motion to Proceed (Dkt. 45) is hereby granted.

      s/ J. Thomas Marten
      J. THOMAS MARTEN, JUDGE